

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Thien Quoc Nguyen, Appellant

No. 06-15-00127-CR    v.

The State of Texas, Appellee

Appeal from the 19th District Court of McLennan County, Texas (Tr. Ct. No. 2012-2444-C1). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Thien Quoc Nguyen, pay all costs of this appeal.

RENDERED NOVEMBER 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk